UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 14-00053 RSM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO EXTEND TIME TO FILE INDICTMENT |
| | ) | |
| ROBERTO GARCIA-AVELAR, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, having reviewed the stipulation of the parties, and the defendant's agreement to extend the time for an indictment, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1.      A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2.      The parties believe that an extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial. Thus, the Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the

ORDER TO EXTEND
TIME TO FILE INDICTMENT
(*Roberto Garcia-Avelar;* CR14-0053RSM)          1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS  THEREFORE  HEREBY ORDERED that the time within which an indictment in this case must be filed against the defendant shall be extended from March 25, 2014, to April 25, 2014.

IT IS FURTHER ORDERED that the period of delay from March 25, 2014, to April 25, 2014, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§ 3161 *et seq.*

DATED this 2nd day of April 2014.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE



Presented by:


*/s/  Jennifer E. Wellman*
Jennifer E. Wellman, WSBA No. 29193
Attorney for Roberto Garcia-Avelar


*/s/  Roscoe Jones*
Assistant United States Attorney
*E-Mail Approval*

ORDER TO EXTEND
TIME TO FILE INDICTMENT
(*Roberto Garcia-Avelar;* CR14-0053RSM)                2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**